IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nicole Floor (Drew),<br><br>Plaintiff,<br><br>v.<br><br>Wells Fargo Bank, N.A., National Association, Experian Information Solutions, Inc., and Trans Union LLC,<br><br>Defendants. | Case No.  CV16-3934 PHX DGC<br><br>**ORDER DISMISSING CLAIMS AGAINST WELLS FARGO BANK, N.A. WITH PREJUDICE** |

Upon stipulation of the parties.  Doc. 27.

**IT IS ORDERED** that the stipulation of dismissal (Doc. 27) is **granted.** Plaintiff's claims against Defendant Wells Fargo Bank, N.A. are dismissed with prejudice.

Dated this 1st day of June, 2017.

_____
David G. Campbell
United States District Judge